

# NUMBER 13-25-00296-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**EDWIN CANN,**                                                                                    **Appellant,**

**v.**

**SEAN WATERS AND**
**MICHAELA WATERS,**                                                                         **Appellees.**

---

## ON APPEAL FROM THE 105TH DISTRICT COURT
## OF KLEBERG COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on appellant's motion to dismiss this appeal. According to the appellant's motion, he "now voluntarily seeks to have his appeal dismissed to pursue his case in the lower court."

Having considered the motion, we are of the opinion that the appeal shall be dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP.

P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. The costs are taxed against the appellant. *See id*. R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
31st day of July, 2025.